IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES O'ROURKE, | No. CIV S-09-1837-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| BRYAN O'CONNOR, et al., | |
| Respondents. | |

Petitioner, a former state prisoner currently on parole and proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 9, 2009, the court directed respondents to file a response to the petition within 60 days. That deadline was extended on September 8, 2009, and again on October 1, 2009, to December 6, 2009. To date, no response has been filed. Respondents shall show cause in writing within 30 days of the date of this order why appropriate sanctions should not be imposed for failure to comply with the court's rules and orders. See Local Rule 110. The filing of a response to the

///

///

///

1

petition within the time permitted by this order will constitute an adequate response to this order to show cause.

    IT IS SO ORDERED.

DATED: February 10, 2010

               _____
               **CRAIG M. KELLISON**
               UNITED STATES MAGISTRATE JUDGE